Joseph J. McCullough v. Charles McCready and Another.— Motion denied, with ten dollars costs.

Max P. Hohl v. Hewitt Motor Company.— Motion denied, with ten dollars costs.

Kate Kiernan v. Otto M. Eidlitz.— Motion denied, with ten dollars costs.

State Board of Pharmacy v. Gardner D. Matthews.— Motion granted.

Ernest Deuker, as Administrator, etc., v. New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs.

Margaretha Behrens v. Sarah S. S. Sturges.— Motion denied, with ten dollars costs.

John Sweeney v. Edward F. O'Dwyer.— Motion denied, with ten dollars costs.

Augustus H. Grote v. Ida F. Grote.— Motion denied, with ten dollars costs.

In the Matter of Grade Damage Commission. In the Matter of Geisler. In the Matter of De Vinne. In the Matter of Kahrs. In the Matter of Astor. In the Matter of Peterson. In the Matter of Burnett. In the Matter of Gainsborg. — Applications for extension granted. Settle orders on notice.

The People of the State of New York ex rel. Elias Brewing Company v. Frank Gass, Register.— Motion granted. Settle order on notice.

The People of the State of New York ex rel. Joseph Baum v. Edmond J. Butler, Commissioner.— Motion denied.

In the Matter of H. A. Geney.— Reference ordered. Settle order on notice.

Ryland H. Macdonald v. John A. Davidson and Others.— Motion granted, with ten dollars costs.

Josephine Alvino, as Administratrix, etc., of Antonio Alvino, Deceased, Appellant, v. New York Contracting Company, Pennsylvania Terminal, Respondent. — Judgment and order affirmed, with costs. No opinion.

In the Matter of an Application for the Revocation of Ancillary Letters Testamentary Granted in the Matter of the Estate of Josephine Louise Newcomb, Deceased. William H. Henderson and Others, Appellants; Brandt V. B. Dixon, Respondent.— Decree affirmed, with costs. No opinion.

Mechanics and Traders' Bank, Appellant, v. Ludwig Stettheimer, Respondent.— Judgment and order affirmed, with costs, on *Mechanics & Traders' Bank* v. *Stett_heimer* (116 App. Div. 198). (McLaughlin, J., dissenting on memorandum on former appeal.)

Carter Couturier, Respondent, v. George C. Tilyou, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to deduct $200, with interest thereon, from the judgment; in which event judgment as so modified and order affirmed, without costs to either party. No opinion. Settle order on notice.

Ben Cohen, Respondent, v. Robert Arnstein, Appellant.— Judgment affirmed, with costs. No opinion.

Rika Saphir, Respondent, v. The Terry & Tench Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

State of New Jersey, Respondent, v. Herbert R. Limburg and Others, Appellants. — Judgment and order affirmed, with costs. No opinion.